# EXHIBIT III

## CHAPTER 7 LIQUIDATION ANALYSIS

## EXHIBIT III

## CHAPTER 7 LIQUIDATION ANALYSIS

A. INTRODUCTION

The following is a Liquidation Analysis for BSCV, Inc. and its Debtor Affiliates (the "Debtors"). This Liquidation Analysis reflects the projected outcome of the hypothetical, orderly liquidation of the Debtors under chapter 7 of the Bankruptcy Code. Claims estimates set forth herein are not an admission of liability or amount.

If the Debtors' chapter 11 cases were converted to cases under chapter 7 of the Bankruptcy Code, a chapter 7 trustee would be elected or appointed to liquidate the Debtors' remaining assets for distribution to holders of Allowed Claims.

The cash amount available for distribution to general unsecured creditors in a chapter 7 case consists of the proceeds resulting from the disposition of unencumbered assets of the Debtors reduced by the costs of liquidation and the value of Allowed Administrative Claims, Priority Claims and Priority Tax Claims. The Debtors have reviewed and analyzed liquidation through conversion to cases under chapter 7, and this Liquidation Analysis reflects the Debtors' estimates of recoveries in post-conversion chapter 7 cases for BSCV, Inc. and its Debtor Affiliates.

The Liquidation Analysis assumes that, in a chapter 7 liquidation, the trustee will seek to liquidate any remaining assets, object to and resolve claims and otherwise wind down the estates over approximately 180 days following conversion. As the Debtors' Plan is a liquidating plan under chapter 11, the principal difference in estimated proceeds available for general unsecured creditors from the distributions and recoveries estimated in the Plan are the estimated higher chapter 7 trustee fees and potentially higher professional fees due to the unfamiliarity that new professional may have with the case status. Under the facts and circumstances of these cases, as of the date hereof, the Debtors submit that the assumptions made are reasonable.

B. Assumptions

The Liquidation Analysis considers many factors and makes certain assumptions. The general assumptions are described below.

1. General Assumptions

The Liquidation Analysis assumes that the Bankruptcy Cases were converted to cases under chapter 7 on June 1, 2009.

Both the estimated proceeds arising from the liquidation of the Debtors' assets and the estimated claims associated with the Debtors are shown in the analysis with a low and high estimated amount, where applicable.

2. Balance Sheet Assets

The following are assumptions with respect to specific categories of the balance sheet assets.

    a. **Cash and Short-term Investments:** Estimated cash balances as of June 1, 2009. Does not assume any significant investment income.

    b. **Tax Refund Receivable:** Assumes in the High Recovery Scenario that the Debtor prevails on carrying back losses to prior periods resulting in $7 million in state and federal income tax refunds. The Low Recovery Scenario assumes that no refunds are obtained.

    c. **Note Receivable from Purchaser:** The High Recovery Scenario assumes that the Debtors are paid 100% of the face amount under the annual excess cash flow formula. The Low Recovery Scenario assumes that only the final minimum payment of $2 million is earned.

3. Administrative and Priority Claims and Liquidation Expenses

    a. **Administrative and Priority Claims:** The analysis assumes that all Administrative Claims and Priority Claims were either paid or assumed by the Purchaser.

    b. **503(b)(9) Claims:** Assumes that claims arising from the inventory received in the 20 days preceding the filing do not exceed the $10 million cap and are therefore shown as the amount funded at closing.

    c. **Due to purchaser:** Based on the Debtors current analysis, cure payments related to assumed executory contracts are approximately $100,000 less that the amount funded by Purchaser at closing. Analysis assumes that the excess is returned to the Purchaser.

    d. **Chapter 7 Trustee Fees:** Assumes that a Chapter 7 Trustee would be paid 3% of the value distributed.

    e. **Professional Fees:** Assumes that the Chapter 7 Trustee retains legal counsel, financial advisors and a claims agent to assist in the administration of the liquidation. Assumes that the case runs for approximately 6 months. Analysis includes estimated amounts for fees incurred before conversion of the cases to chapter 7 and assumes such amounts are paid prior to conversion.

4. General Unsecured Claims

General Unsecured Claims include the Debtors' estimate of valid scheduled and filed claims for pre-petition liabilities, including potential rejection damages related to unexpired real estate leases that were rejected by the Debtors. Since the claims bar date has not yet passed, the amounts used in the Liquidation Analysis are the Debtors' estimates and the actual amount of Allowed Claims could vary materially from these estimates.

C. Disclaimers and Variances

The process of estimating recoveries in a chapter 7 case is uncertain due to economic, business, litigation and other contingencies. The underlying estimates and projections supporting the attached Liquidation Analysis have been prepared by the Debtors and have not been examined by independent accountants.

The Debtors make no representations of the accuracy of these estimates and projections or a chapter 7 trustee's ability to meet the estimates and projections. The assumptions underlying the estimates and projections are subject to significant uncertainties. Unanticipated results, positive or negative, may occur. The Liquidation Analysis therefore is, by its nature, uncertain. Nonetheless, the Liquidation Analysis represents the Debtors' current and best estimate of the financial results from the conversion of the Bankruptcy Cases to cases under chapter 7 and the associated liquidation of assets under the circumstances described above.

## Liquidation Analysis
## BSCV, Inc. and its Debtor Affiliates

($ in thousands)

|  | Estimated Liquidation Proceeds | |
|---|---|---|
| **Assets** | **Low** | **High** |
| Cash and Short-term Investments | $ 18,100 | $ 18,700 |
| Tax Refund Receivable | - | 7,000 |
| Note Receivable from Purchaser | 2,000 | 4,000 |
| **Amounts Available for Distribution** | 20,100 | 29,700 |
| | | |
| **Administrative and Priority Claims and Liquidation Expenses** | | |
| General Administrative and Priority Claims | $ - | $ - |
| 503(b)(9) Claims | 7,900 | 7,900 |
| Due to Purchaser | 100 | 100 |
| Chapter 7 Trustee Fees | 600 | 900 |
| Professional Fees | 2,050 | 1,600 |
| **Total Administrative and Priority Claims and Liquidation Expenses** | 10,650 | 10,500 |
| **Total Amount Available for Unsecured Creditors** | $ 9,450 | $ 19,200 |

**Estimated Recoveries to Unsecured Claims**

|  | Estimated Allowed Claim | | Estimated Percent Recovery | | Estimated Amount Distributed | |
|---|---|---|---|---|---|---|
|  | **High** | **Low** | **Low** | **High** | **Low** | **High** |
| **General Unsecured Claims** | $ 160,000 | $ 140,000 | 5.9% | 13.7% | $ 9,450 | $ 19,200 |