# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re Boscov's, Inc. *et al.*

Case No. 08-11637
Reporting Period: <u>August 2009</u>

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/ Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|    Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Post-petition Taxes | MOR-4 | X | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____       10/5/09
Signature of Debtor                    Date

_____
Signature of Joint Debtor        Date

_____     October 5, 2009
Signature of Authorized Individual*    Date

Anthony Labrosciano             CEO

Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re BSCV Inc. et al  
Debtor  
Case No. 08-11637  
Reporting period: August 2009

| Debtor Case No | Case No. 08-11637 | 08-11637 BSCV Inc. | 08-11637 BSCV Inc. |
|---|---|---|---|
| | Grand Total | 100062/Nat Penn | 100070/Nat Penn |
| Cash beginning month | 16,426,723.83 | 16,126,733.83 | 299,990.00 |
| Interest earned | 10,218.67 | 10,218.67 | |
| Total receipts | 10,218.67 | 10,218.67 | - |
| **Disbursements-expenses** | | | |
| Bank fees | (113.00) | (113.00) | |
| Publication notice for hearing | (11,719.49) | (11,719.49) | |
| Payroll | (51,057.70) | (51,057.70) | |
| Miscellaneous taxes | - | | |
| 503b9 claims | - | | |
| BoA for rent closed stores | - | | |
| Administrative/Professional fees | - | | |
| Professional fees-bankruptcy | (298,855.47) | (298,855.47) | |
| U.S. Trustee Quarterly fees | (12,675.00) | (12,675.00) | |
| Total Disbursements for fees | (374,420.66) | (374,420.66) | - |
| Net Cash Flow | (364,201.99) | (364,201.99) | - |
| Cash End of month | 16,062,521.84 | 15,762,531.84 | 299,990.00 |
| | (364,201.99) | | |
| | 16,062,521.84 | | |

Highly Confidential  
G:\Bankruptcy Financial Information\[Cash Receipts and Disbursements August 2009.xls]July 2009  
9/14/2009 15:08

| | Bank | Acct # | Purpose | Book Balance 08/29/09 |
|---|---|---|---|---|
| | **National Penn Bank** | | | |
| 100062 | BSCV Inc | 9224 | Old Co Disbursement | 15,762,531.84 |
| 100070 | **National Penn Bank** BSCV, Inc. Professional Fee deposit account | 2911 | Disbursement for Professional fees-NOL | 299,990.00 |

In re BSCV Inc. et al
Debtor

BSCV Department Store, LLC
AT August, 2009

Case No. 08-11637
Reporting Period August 2009

Highly Confidential
G:\Bankruptcy Financial Information\[Cash Accounts August 2009.xls]2009
9/14/2009 14:41

In re BSCV, Inc. et al  
Debtor  

Case No. 08-11637  
Reporting Period: August 2009  

Schedule of Professional Fees and Expenses Paid

| Payee | Period covered | Amount | Payor | Method | Amount Fees | Expenses | Case to date Without retainers Fees | Expenses | July Case to date Fees | Expenses |
|---|---|---|---|---|---|---|---|---|---|---|
| BSCV Department Store, LLC 08-11638 | | | Bank of America for Reimer & Braunstein | | | | 180,389.00 | 7,129.99 | 180,389.00 | 7,129.99 |
| BSCV Department Store, LLC 08-11638 | | | General Electric Commercial Finance | | | | 79,940.26 | | 79,940.26 | |
| BSCV Department Store, LLC 08-11638 | | | Capstone Advisory Group | | | | 622,383.39 | 53,852.08 | 622,383.39 | 53,852.08 |
| BSCV Department Store, LLC 08-11638 | | | Barclays Capital Inc. | | | | 2,500,000.00 | 10,455.83 | 2,500,000.00 | 10,455.83 |
| BSCV Department Store, LLC 08-11638 | 05/01/09-06/30/09 | 125,702.19 | Cooley, Godward, Kronish | Wire 8/27/2009 | 124,736.00 | 966.19 | 1,668,011.82 | 28,969.37 | 1,543,275.82 | 28,003.18 |
| BSCV Department Store, LLC 08-11638 | | | Intralinks | | | | 2,000.00 | 4,240.00 | 2,000.00 | 4,240.00 |
| BSCV Department Store, LLC 08-11638 | 05/01/09-05/31/09 | 162,656.99 | Jones Day | Wire 8/26/2009 | 160,524.00 | 2,132.99 | 4,041,354.50 | 140,941.07 | 3,880,830.50 | 138,808.08 |
| BSCV Department Store, LLC 08-11638 | | | KPMG llp | | | | 229,057.28 | 552.00 | 229,057.28 | 552.00 |
| BSCV Department Store, LLC 08-11638 | 05/01/09-06/30/09 | 10,496.29 | Richards, Layton, Finger | Wire 8/27/2009 | 10,038.80 | 457.49 | 236,436.43 | 33,598.63 | 226,397.63 | 33,141.14 |
| BSCV Department Store, LLC 08-11638 | | | Kurtzman Carson Consultants | | | | 1,019,906.35 | | 1,019,906.35 | |
| BSCV Department Store, LLC 08-11638 | | | Potter, Anderson, Corroon | | | | 123,805.90 | 4,301.67 | 123,805.90 | 4,301.67 |
| BSCV Department Store, LLC 08-11638 | | | SB Capital Group | | | | 33,653.12 | | 33,653.12 | |
| BSCV Department Store, LLC 08-11638 | | | Traxi LLC | | | | 179,087.30 | 5,737.40 | 179,087.30 | 5,737.40 |
| BSCV Department Store, LLC 08-11638 | | | MWW Group | | | | 48,172.27 | 4,163.19 | 48,172.27 | 4,163.19 |
| BSCV Department Store, LLC 08-11638 | | | Quinn, Emanuel, Urquhart | | | | 27,795.00 | 305.64 | 27,795.00 | 305.64 |
| BSCV Department Store, LLC 08-11638 | | | Klehr,Harrison Harvey,Branzburg & Ellers LLP | | | | 103,002.10 | 1,366.68 | 103,002.10 | 1,366.68 |
| BSCV Department Store, LLC 08-11638 | | | Hilco | | | | 68,040.00 | - | 68,040.00 | - |
| | | 298,855.47 | | | 295,298.80 | 3,556.67 | 11,163,034.72 | 285,613.55 | 10,867,735.92 | 282,056.88 |
| | | 298,855.47 | | | 298,855.47 | - | 11,458,648.27 | | 11,159,792.80 | |
| | | | | | | | 11,458,648.27 | | 298,855.47 | |
| | | | | | | | | | 11,458,648.27 | |

Highly Confidential  
G:\Bankruptcy Financial Information\[Professional Fees and Expenses Paid August 2009.xls]August  
9/16/2009 9:08

In re BSCV Inc. et al. Debtor Case No.08-11637
In re BSCV Department Store, LLC et al. Debtor Case No.08-11638
In re BSCV Investment Company et al. Debtor Case No.08-11635
In re BSCV Finance Company, Inc. et al. Debtor Case No.08-11636
In re BSCV Transportation Company LLC et al. Debtor Case No.08-11639
In re BSCV PSI Inc. et al. Debtor Case No.08-11640
In re BSCV II, Inc. et al. Debtor Case No.08-11641
In re Retail Construction and Development, Inc et al. Debtor Case No.08-11642

BSCV Inc. and Subsidiaries
Consolidating Balance Sheet
For period ending August 29, 2009

| ASSETS | | |
|---|---|---|
| Current: | | |
| Cash & Cash Equivalents | $ | 16,062,522 |
| Trade Accounts Receivable | | 11,701,341 |
| Total Current Assets | | 27,763,863 |
| | | |
| Investments and Other Assets | | - |
| | | |
| Total Assets | $ | 27,763,863 |

| LIABILITIES | | |
|---|---|---|
| Current: | | |
| Accrued Professional Fees and Holdbacks | $ | 237,735 |
| Accrued Expense and Current Liabilities-Post | | 7,526,252 |
| Total Current Liabilities | | 7,763,987 |
| | | |
| Liabilities subject to compromise | | |
| Accounts Payable and Accrued Liabilities | | 89,655,703 |
| Total Liabilities Subject to Compromise | | 89,655,703 |
| | | |
| Total Liabilities | | 97,419,690 |

| EQUITY | | |
|---|---|---|
| Total Equity | | (69,655,827) |
| Total Liabilities and Equity | $ | 27,763,863 |

Highly Confidential
G:\Bankruptcy Financial Information\[Consolidating Balance Sheet for Trustee August 2009.xls]Adjusted balance sheet
10/3/2009 11:58

In re BSCV, Inc. et al. Debtor Case No.08-11637
In re BSCV Department Store LLC et al. Debtor Case No.08-11638
In re BSCV Investment Company et al. Debtor Case No.08-11635
In re BSCV Finance Company et al. Debtor Case No.08-11636
In re BSCV Transportation Company LLC et al. Debtor Case No.08-11639
In re BSCV PSI Inc. et al. Debtor Case No.08-11640
In re BSCV II, Inc. et al. Debtor Case No.08-11641
In re Retail Construction and Development, Inc et al. Debtor Case No.08-11642

BSCV, Inc and Subsidiaries
Consolidating Balance Sheet - Continuation sheet - Adjusted Balance
Reporting Period August 2009

| Assets<br>Trade Accounts Receivable | Consolidated Total Book Value at End of Current Reporting Month | Case #08-11638<br>BSCV Department Store LLC. | Case #08-11637<br>BSCV, Inc | Case #08-11641<br>BSCV II, Inc. | Case #08-11636<br>BSCV Finance Company, Inc. | Case #08-11635<br>BSCV Investment Company | Elimination | Case #08-11639<br>BSCV Transportation Company LLC | Case #08-11640<br>BSCV PSI Inc. | Case #08-11642<br>Retail Construction and Development Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Federal Income Tax Receivable | 7,500,000 | - | 7,500,000 | | | | | | | |
| State Tax Receivable | 201,341 | - | 201,341 | | | | | | | |
| Creditors Note | 4,000,000 | - | 4,000,000 | | | | | | | |
| Other Current Assets | | - | | | | | | | | |
| | 11,701,341 | - | 11,701,341 | - | - | - | - | - | - | - |

In re BSCV, Inc. et al. Debtor Case No.08-11637
In re BSCV Department Store LLC et al. Debtor Case No.08-11638
In re BSCV Investment Company et al. Debtor Case No.08-11635
In re BSCV Finance Company et al. Debtor Case No.08-11636
In re BSCV Transportation Company LLC et al. Debtor Case No.08-11639
In re BSCV PSI Inc. et al. Debtor Case No.08-11640
In re BSCV II, Inc. et al. Debtor Case No.08-11641
In re Retail Construction and Development, Inc et al. Debtor Case No.08-11642

Reporting Period August 2009

**Summary of Unpaid Postpetition Debts**

| | Days past due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts payable | None | | | | | None |
| Wages Payable | None | | | | | None |
| Taxes Payable | None | | | | | None |
| Rent/Leases-Building | None | | | | | None |
| Rent/Leases-Equipment | None | | | | | None |
| Secured Debt/Adequate | None | | | | | None |
| Professional Fees | None | | | | | None |
| Amounts Due to Insiders | None | | | | | None |
| Other | None | | | | | None |
| Total | 0 | 0 | 0 | 0 | 0 | 0 |

Highly Confidential
G:\Bankruptcy Financial Information\[Summary of unpaid post petition debts 08_29_09.xls]Sheet1
10/3/2009 12:03

In re BSCV, Inc. et al.  Debtor  Case No.08-11637
In re BSCV Department Store LLC  et al.  Debtor  Case No.08-11638
In re BSCV Investment Company  et al.  Debtor  Case No.08-11835
In re BSCV Finance Company  et al.  Debtor  Case No.08-11636
In re BSCV Transportation Company LLC  et al.  Debtor  Case No.08-11639
In re BSCV PSI Inc. et al.  Debtor  Case No.08-11640
In re BSCV II, Inc. et al.  Debtor  Case No.08-11641
In re Retail Construction and Development, Inc  et al.  Debtor  Case No.08-11642

**Reporting period: August 2009**

**Status of Postpetition Taxes**

Postpetition taxes for all Debtor entities are current through fiscal month ending August 29, 2009

Highly Confidential
G:\Bankruptcy Financial Information\[Status of Postpetition taxes August 2009.xls]Sheet3
9/14/2009 15:19

In re BSCV, Inc. *et al.*
Debtor

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Please see attached schedule | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | | |
| + Amounts billed during the period | | |
| - Amounts collected during the period | | |
| Total Accounts Receivable at the end of the reporting period | | |
| | | |
| Accounts Receivable Aging | | |
| 0 - 30 days old | | |
| 31 - 60 days old | | |
| 61 - 90 days old | | |
| 91+ days old | | |
| Total Accounts Receivable | | |
| Amount considered uncollectible (Bad Debt) | | |
| Accounts Receivable (Net) | | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

RLF1-3317722-1