# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
In re                                         : Chapter 11
                                              :
BOSCOV'S, INC., et al.,[1]                    : Case No. 08-11637 (KG)
                                              :
       Debtors.                              : (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

      Tracy J. Allen, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on November 2, 2009, she caused copies of the following to be served in the manner indicated on the attached service list:

- **Monthly Operating Report for the Period of August 2009** [Docket No. 1405].

Dated: November 2, 2009
       Wilmington, Delaware

                                      Tracy J. Allen, Paralegal
                                      RICHARDS, LAYTON & FINGER, P.A.
                                      One Rodney Square
                                      P.O. Box 551
                                      Wilmington, DE  19899
                                      (302) 651-7700

SWORN TO AND SUBSCRIBED before me this 2nd day of November, 2009.

                                      Notary Public

                                            JOAN M. WEBB
                                       Notary Public - State of Delaware
                                       My Comm. Expires April 30, 2010

---

[1] The Debtors are the following eight entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Boscov's, Inc. (1589); Boscov's Department Store, LLC (9789); Boscov's Transportation Company LLC (6388); Boscov's PSI Inc. (1014); Boscov's Investment Company (4579); Boscov's Finance Company, Inc. (6389); SDS. Inc. (7075); and Retail Construction & Development, Inc. (3098). The address of each of the Debtors is 4500 Perkiomen Avenue, Reading, Pennsylvania 19606.

RLF1-3496940-1

# SERVICE LIST

**Via Hand Delivery**

Joseph J. McMahon, Jr.
Office Of The United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801