# United States Bankruptcy Court
District Of Delaware

In re BSCV, Inc., et al    Case No. 08-11638(KG)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim references in this evidence and notice.

| The Insurance Company of the State of Pennsylvania | VTech Communicatiosn, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 754<br>Amount of Claim: $207,421.38<br>Date Claim Filed: November 3, 2008 |
| The Insurance Company<br>of the State of Pennsylvania<br>c/o SILVERMANACAMPORA, LLP<br>100 Jericho Quadrangle, Suite 300<br>Jericho, New York 11753<br>Attn: Adam L. Rosen, Esq. | |
| Phone: (516)-479-6300<br>Last Four Digits of Acct #: _____ | Phone: (503) 596-1225<br>Last Four Digits of Acct #: _____ |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: December 21, 2009
Adam L. Rosen
SILVERMANACAMPORA LLP
Attorneys for the Insurance Company
of the State of Pennsylvania

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

BP/D297687v/F055476

# United States Bankruptcy Court
## District Of Delaware

In re BSCV, Inc., et al     Case No. 08-11638(KG)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>754</u> (if known) was filed under U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

<u>VTech Communications, Inc.</u>

Name of Alleged Transferor

<u>The Insurance Company
of the State of Pennsylvania</u>

Name of Transferee

Address of Alleged Transferor:

Address of Transferee:

VTech Communications, Inc.
9590 S.W. Gemini Drive, Ste. 120
Beaverton, OR 97008
Attn: Sherry Walters

The Insurance Company
of the State of Pennsylvania
c/o SilvermanAcampora, LLP
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
Attn: Adam L. Rosen

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

BP/D297687v/F055476