# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------

In re:                                                 Case No. 08-11637 (KG)

BSCV, INC. (f/k/a Boscov's, Inc.), *et al.*,           Chapter 11
                                                       Jointly Administered
                    Debtors.
                                                       Hearing Date: March 17, 2010 at 2:00 p.m.
                                                       Objection Deadline: February 26, 2010 at 4:00 p.m.

---------------------------------------------------------------   Re: D.I. 1445

## ORDER APPROVING MOTION OF THE BSCV, INC. DISTRIBUTION TRUSTEE FOR AN ORDER EXTENDING THE TERM OF THE MEDIATORS APPOINTED PURSUANT TO THE COURT'S ORDER APPROVING THE IMPLEMENTATION OF A PROCESS TO RESOLVE UNLIQUIDATED LITIGATION CLAIMS

Upon consideration of the motion (the "Motion")[1] of The BSCV, Inc. Distribution Trustee for an Order Extending the Term of the Mediators Appointed Pursuant to the Court's Order Approving the Implementation of a Process to Resolve Unliquidated Litigation Claims; and upon the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors and parties-in-interest in this chapter 11 case; and it appearing that no other or further notice need be given; and upon the Motion and the entire record of the proceedings before the Court; and after due deliberation and sufficient cause therefore, it is hereby

**ORDERED**, that the relief requested by the Motion is hereby granted as set forth herein; and it is further

**ORDERED**, that the term of the Mediators is hereby extended an additional six months, through and including August 28, 2010; and its is further

---

[1]     All capitalized terms not expressly defined herein shall be given the meaning ascribed to them in the Motion.

**ORDERED**, that notice of entry of this order shall be served within five (5) business days upon (i) the Office of the United States Trustee; (ii) the Litigation Claimants that filed proofs of claim at the address listed in their respective proofs of claim filed in this chapter 11 case; and (iii) those persons who have formally appeared and requested service in these proceedings pursuant to Bankruptcy Rule 2002, and it is further

**ORDERED**, that the Court hereby retains jurisdiction over any and all requests for relief or disputes related to the implementation of the ADR Program.

Dated: Wilmington, Delaware
~~February~~ 12 , 2010
MARCH

HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE