## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X

| | |
|---|---|
| In re: | Case No.: 08-11637 (KG) |
| BSCV, INC. (f/k/a Boscov's, Inc.), | Chapter 11 |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1503** |

------------------------------------------------------X

### ORDER GRANTING MOTION OF THE BSCV, INC. DISTRIBUTION TRUSTEE FOR AN ORDER ESTABLISHING PROCEDURES FOR THE ESTIMATION OF CLAIM ASSERTED BY LISA ANN POTTER-SAEGER

Upon consideration of the motion (the "Motion")[1] of BSCV, Inc. Distribution Trustee for an Order Establishing Procedures for the Estimation of Claim Asserted by Lisa Ann Potter-Saeger; and upon the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors and parties-in-interest in this chapter 11 case; and it appearing that no other or further notice need be given; and upon the Motion and the entire record of the proceedings before the Court; and after due deliberation and sufficient cause therefore, it is hereby

**ORDERED**, that the relief requested by the Motion is hereby granted as set forth herein; and it is further;

**ORDERED**, that the hearing estimating the Claim (the "Estimation Hearing") shall be held on November 5, 2010 at 11:30 at in the United States bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19899, 6th Floor, Courtroom Number 3 and it is further

---

[1] All capitalized terms not expressly defined herein shall be given the meaning ascribed to them in the Motion.

984323v.1

**ORDERED**, that the Estimation Hearing shall be conducted pursuant to the following procedures:

(a) <u>Length of Proceeding</u>: Each party will have 30 minutes to present their case, inclusive of all arguments presented to the Court, including rebuttal;

(b) <u>No Live Testimony</u>: All testimony and evidence will be provided by written submissions, which will be filed with the court and exchanged by the parties pursuant to a schedule as set forth below.

(c) <u>Admissability of Evidence</u>: All evidence presented shall be admissible if it has any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence, except that the parties may not introduce evidence if its probative value is outweighed by the danger of undue prejudice or confusion of t he issues. Parties' right to object to authenticity and admissibility of evidence to be presented shall be expressly reserved.

(d) <u>Timing of Submissions and Hearing</u>: The claimant shall file and serve its written argument and documentary evidence in support of its claim no later than four (4) weeks prior to the Estimation Hearing. The Trustee shall file and serve its response and documentary evidence (including objections to claimant's evidentiary submissions) no later than two (2) weeks prior to the Estimation Hearing. The claimant shall file and serve its reply and objections to the Trustee's evidentiary submissions one (1) week prior to the Estimation Hearing,

984323v.1

(e) <u>Parties Required to Attend</u>: Both parties must have a representative with settlement authority attend the Estimation Hearing.

Dated: Wilmington, Delaware
       October 4, 2010

_____
HONORABLE KEVIN GROSS
UNITED STATES BANKRUPTCY JUDGE

984323v.1